MARC J. FAGEL (Cal. Bar No. 154425)
JUDITH L. ANDERSON (Cal. Bar No. 124281)
  andersonju@sec.gov
JENNIFER L. SCAFE (Cal. Bar No. 194649)
  scafej@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br> v. <br><br> DAVID A. SOUZA and D.A. SOUZA INVESTMENTS, LLC, <br><br> Defendants. | Case No. 2:09-CV-02421-FCD-KJM <br><br> **SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

     Plaintiff Securities and Exchange Commission ("Commission") and defendants David A. Souza and D.A. Souza Investments, LLC (collectively, "Defendants"), through their respective counsel, stipulate and agree as follows:

     1.    On September 18, 2009, the parties entered into a Stipulation granting Defendants two weeks' additional time, to and including October 5, 2009, to answer or otherwise respond to the complaint in this action served on Defendants on August 30, 2009;

2. In order to explore settlement of this action, Defendants have requested an additional week, to and including October 13, 2009, to answer or otherwise respond to the complaint, to which the Commission has agreed.

ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE, subject to approval by the Court, that Defendants may have an additional week, to and including October 13, 2009, to answer or otherwise respond to the complaint in this action.

DATED: October 2, 2009      /s/ Roger V. Jaffe_____
Roger V. Jaffe
Attorney for Defendants DAVID A. SOUZA and
D.A. SOUZA INVESTMENTS, LLC

[Original signature retained by Judith L. Anderson, Attorney for Plaintiff]

DATED: October 2, 2009      /s/ Judith L. Anderson_____
Judith L. Anderson
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

**ORDER**

For good cause shown, IT IS SO ORDERED.

Dated: October 2, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE