1   MARC J. FAGEL (Cal. Bar No. 154425)
    JUDITH L. ANDERSON (Cal. Bar No. 124281)
2     andersonju@sec.gov
    JENNIFER L. SCAFE (Cal. Bar No. 194649)
3     scafej@sec.gov

4   Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
5   44 Montgomery Street, 26th Floor
    San Francisco, California  94104
6   Telephone:  (415) 705-2500
    Facsimile:  (415) 705-2501
7

8

9                   UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                       SACRAMENTO DIVISION

12

13  SECURITIES AND EXCHANGE COMMISSION,     Case No. 2:09-CV-02421-FCD-KJM

14
              Plaintiff,                    **THIRD STIPULATION FOR**
15        v.                                **EXTENSION OF TIME TO**
                                            **ANSWER OR OTHERWISE**
16  DAVID A. SOUZA and D.A. SOUZA           **RESPOND TO COMPLAINT AND**
17  INVESTMENTS, LLC,                       **ORDER**

18            Defendants.

19

20        Plaintiff Securities and Exchange Commission ("Commission") and defendants David A.

21  Souza and D.A. Souza Investments, LLC (collectively, "Defendants"), through their respective

22  counsel, stipulate and agree as follows:

23        1.      On September 18, 2009, the parties entered into a Stipulation granting Defendants

24                two weeks' additional time, to and including October 5, 2009, to answer or

25                otherwise respond to the complaint in this action served on Defendants on

26                August 30, 2009;

27

28

1    2.    In order to explore settlement of this action, the parties entered into a Second

2          Stipulation extending the time for Defendants' response to and including

3          October 13, 2009;

4    3.    To allow settlement negotiations to continue, Defendants have requested

5          additional time, to and including October 19, 2009, to respond to the complaint, to

6          which the Commission has agreed.

7          ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE, subject to

8    approval by the Court, that Defendants may have an additional week, to and including

9    October 19, 2009, to answer or otherwise respond to the complaint in this action.

10

11   DATED:  October 13, 2009          /s/ Roger Jaffe_____
                                       Roger V. Jaffe
12                                     Attorney for Defendants DAVID A. SOUZA and
                                       D.A. SOUZA INVESTMENTS, LLC
13   [Original signature retained by office of Judith L. Anderson, Attorney for Plaintiff]

14

15   DATED:  October 13, 2009          /s/ Judith L. Anderson_____
                                       Judith L. Anderson
16                                     Attorney for Plaintiff
                                       SECURITIES AND EXCHANGE COMMISSION

17

18                              **ORDER**

19          For good cause shown, IT IS SO ORDERED.

20

21   Dated:  October 14, 2009

22

23

24   FRANK C. DAMRELL, JR.
     UNITED STATES DISTRICT JUDGE
25

26

27

28