MARC J. FAGEL (Cal. Bar No. 154425)
JUDITH L. ANDERSON (Cal. Bar No. 124281)
  andersonju@sec.gov
JENNIFER L. SCAFE (Cal. Bar No. 194649)
  scafej@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br>    v.<br><br>DAVID A. SOUZA and D.A. SOUZA INVESTMENTS, LLC,<br><br>        Defendants. | Case No. 2:09-CV-02421-FCD-KJM<br><br>**FOURTH STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

   This stipulation between plaintiff Securities and Exchange Commission ("Commission") and defendants David A. Souza and D.A. Souza Investments, LLC (collectively, "Defendants"), through their respective counsel, is based upon the following facts:

   1.   On September 18, 2009, the parties entered into a Stipulation granting Defendants two weeks' additional time, to and including October 5, 2009, to answer or otherwise respond to the complaint in this action served on Defendants on August 30, 2009;

2. In order to explore settlement of this action, the parties entered into a Second Stipulation extending the time for Defendants' response to and including October 13, 2009;

3. To allow settlement negotiations to continue, the parties entered into a Third Stipulation extending the time for Defendants' response to and including October 19, 2009;

4. To allow settlement negotiations to continue further, Defendants requested additional time, to and including October 26, 2009, to respond to the complaint, to which the Commission agreed

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, subject to approval by the Court, that Defendants may have an additional week, to and including October 26, 2009, to answer or otherwise respond to the complaint in this action.

DATED: October 19, 2009      /s/ Roger Jaffe_____
                              Roger V. Jaffe
                              Attorney for Defendants DAVID A. SOUZA and
                              D.A. SOUZA INVESTMENTS, LLC

[Original signature retained by office of Judith L. Anderson, Attorney for Plaintiff]

DATED: October 19, 2009      /s/ Judith L. Anderson_____
                              Judith L. Anderson
                              Attorney for Plaintiff
                              SECURITIES AND EXCHANGE COMMISSION

**ORDER**

For good cause shown, IT IS SO ORDERED.

Dated: October 21, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE