1
MARC J. FAGEL (Cal. Bar No. 154425)
JUDITH L. ANDERSON (Cal. Bar No. 124281)
2
  andersonju@sec.gov
JENNIFER L. SCAFE (Cal. Bar No. 194649)
3
  scafej@sec.gov

4
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
5
44 Montgomery Street, 26th Floor
6
San Francisco, California  94104
Telephone:  (415) 705-2500
7
Facsimile:  (415) 705-2501

8

9                    UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11                       SACRAMENTO DIVISION

12

13
SECURITIES AND EXCHANGE COMMISSION,      Case No. 2:09-CV-02421 FCD KJM
14
                      Plaintiff,         **FIFTH STIPULATION AND ORDER**
15                                        **FOR EXTENSION OF TIME TO**
       v.                                 **ANSWER OR OTHERWISE**
16                                        **RESPOND TO COMPLAINT**
DAVID A. SOUZA and D.A. SOUZA
17   INVESTMENTS, LLC,

18                    Defendants.

19

20        This stipulation between plaintiff Securities and Exchange Commission ("Commission")

21   and defendants David A. Souza and D.A. Souza Investments, LLC (collectively, "Defendants"),

22   through their respective counsel, is based upon the following facts:

23        1.        On September 18, 2009, the parties entered into a Stipulation granting Defendants

24                  two weeks' additional time, to and including October 5, 2009, to answer or

25                  otherwise respond to the complaint in this action served on Defendants on

26                  August 30, 2009;

27

28

2.   In order to explore settlement of this action, the parties entered into a Second Stipulation extending the time for Defendants' response to and including October 13, 2009;

3.   To allow settlement negotiations to continue, the parties entered into a Third Stipulation extending the time for Defendants' response to and including October 19, 2009 and a Fourth Stipulation extending the time for Defendants' response to and including October 26, 2009;

4.   To allow settlement negotiations to continue further, Defendants have again requested additional time, to and including November 2, 2009, to respond to the complaint, to which the Commission has agreed.

5.   Inasmuch as the complaint was served on defendants on August 30, 2009, the parties calculate that, pursuant to the Court's Order Requiring Joint Status Report, the deadline for filing their Joint Status Report in this action is Thursday, October 29, 2009.  In view of the progress of settlement discussions to date, the parties further agreed to request, and hereby do request, by means of this Stipulation, that the Court approve a two-week extension of the deadline for filing the Joint Status Report to and including November 12, 2009.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, subject to approval by the Court, that Defendants may have an additional week, to and including November 2, 2009, to answer or otherwise respond to the complaint in this action, and further

request that the Court approve a two-week extension of the deadline for filing the Joint Status Report to and including November 12, 2009.


DATED:  October 26, 2009                  /s/   Roger Jaffe_____  _____
                                          Roger V. Jaffe
                                          Attorney for Defendants DAVID A. SOUZA and
                                          D.A. SOUZA INVESTMENTS, LLC
[Original signature retained by office of Judith L. Anderson, Attorney for Plaintiff]


DATED:  October 26, 2009                  /s/ Judith L. Anderson_____
                                          Judith L. Anderson
                                          Attorney for Plaintiff
                                          SECURITIES AND EXCHANGE COMMISSION


## ORDER

**FOR GOOD CAUSE SHOWN, THE COURT HEREBY ORDERS**:

(1)      Defendants David Souza and D.A. Souza Investments, LLC shall have a further extension of time, through and including **December 14, 2009**, to answer or otherwise respond to the complaint; and

(2)      The parties shall have an extension of time, through and including **December 14, 2009**, to file the Joint Status Report in this action.


Dated:  October 27, 2009

                                          _____
                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE