MARC J. FAGEL (Cal. Bar No. 154425)
JUDITH L. ANDERSON (Cal. Bar No. 124281)
  andersonju@sec.gov
JENNIFER L. SCAFE (Cal. Bar No. 194649)
  scafej@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br>     v.<br><br>DAVID A. SOUZA and D.A. SOUZA INVESTMENTS, LLC,<br><br>          Defendants. | Case No. 2:09-CV-02421-FCD-KJM<br><br>**SIXTH STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND TO EXTEND DEADLINE FOR FILING JOINT STATUS REPORT; ORDER** |

This stipulation between plaintiff Securities and Exchange Commission ("Commission") and defendants David A. Souza and D.A. Souza Investments, LLC (collectively, "Defendants"), through their respective counsel, is based upon the following facts:

1. On September 18, 2009, the parties entered into a Stipulation granting Defendants two weeks' additional time, to October 5, 2009, to answer or otherwise respond to the complaint in this action served on Defendants on August 30, 2009.

2. In order to explore settlement of this action, the parties entered into a Second Stipulation extending the time for Defendants' response to October 13, 2009.

1     3.     To allow settlement negotiations to continue, the parties entered into a Third Stipulation extending the time for Defendants' response to October 19, 2009; a Fourth Stipulation extending the time for Defendants' response to October 26, 2009; and a Fifth Stipulation extending the time for Defendants' response to November 2, 2009.

4.     Thereafter the Court further extended the deadline for Defendants to file their Answer or otherwise respond to the Complaint, as well as the deadline for the parties to file their Joint Status Report, to December 14, 2009.

5.     The parties have made considerable progress toward settlement and it appears likely that a provisional settlement will be reached. However, to allow the Defendants additional time to provide to the Commission certain additional information relevant to the settlement and to allow sufficient time for the Commission's internal process for settlement approval to go forward, the parties now agree, subject to the Court's approval, to further extend the deadline for Defendants to answer or otherwise respond to the Complaint to and including March 31, 2010, and additionally to request that the Court extend the deadline for filing the Joint Status Report to and including March 31, 2010.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, subject to approval by the Court, that Defendants may have a further extension to and including March 31, 2010, to answer or otherwise respond to the Complaint in this action, and further request that the Court approve an extension of the deadline for filing the Joint Status Report to and including March 31, 2010.

DATED: December 14, 2009      /s/_____
    Roger V. Jaffe
    Attorney for Defendants DAVID A. SOUZA and
    D.A. SOUZA INVESTMENTS, LLC

DATED: December 14, 2009          /s/ Jennifer L. Scafe_____
                                              Jennifer L. Scafe
                                              Attorney for Plaintiff
                                              SECURITIES AND EXCHANGE COMMISSION

### ORDER

**FOR GOOD CAUSE SHOWN, THE COURT HEREBY ORDERS**:

(1) Defendants David Souza and D.A. Souza Investments, LLC shall have a further extension of time, through and including March 31, 2010, to answer or otherwise respond to the Complaint; and

(2) The deadline for the parties to file the Joint Status Report in this action shall be extended through and including, March 31, 2010.

Dated: December 16, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE