UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:09-CV-02421-FCD-KJM |
| Plaintiff, | **ORDER** |
| v. | |
| DAVID A. SOUZA and D.A. SOUZA INVESTMENTS, LLC, | |
| Defendants. | |

Plaintiff Securities and Exchange Commission ("Commission") has submitted a request to terminate the extension of time through and including March 31, 2010 for Defendants David A. Souza and D.A. Souza Investments, LLC (collectively, "Defendants") to respond to the complaint and to direct that the Defendants' response to the complaint be due upon issuance of this Order. As presented in the parties' Sixth Stipulation, the reason for the extension of time for Defendants to respond to the complaint was to allow the parties sufficient time to complete a settlement. The Commission has now advised the Court that Defendants have rejected the settlement and that the rationale for the extension of time for them to respond to the complaint is no longer viable. The Commission further requests, in view of the foregoing, that the deadline

1  for the parties to file the Joint Status Report be extended to April 14, 2010 in order to allow the
2  parties sufficient time for negotiation and preparation of the Report.
3       In response to the Commission's motion, defendant's counsel submitted a letter,
4  providing that because defendants would not agree to the revised settlement, they are now
5  seeking litigation counsel.  Defendants request that both defendants' response and the Joint
6  Status be submitted by April 14, 2010.
7  **ACCORDINGLY, FOR GOOD CAUSE SHOWN, THE COURT HEREBY ORDERS**:
8       (1)   Defendants shall file a response to the complaint by April 7, 2010.
9       (2)   The deadline for the parties to file the Joint Status Report in this action shall be
10  extended through and including, April 14, 2010.

Dated:  March 24, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE