IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SECURITY AND EXCHANGE COMM.,

    Plaintiff,                    No. CIV S-09-2421 FCD KJM PS

    vs.

DAVID SOUZA, et al.,

    Defendants.               <u>ORDER</u>

                               /

        Good cause appearing, IT IS HEREBY ORDERED that the Clerk of Court shall serve a copy of the declaration filed June 8, 2010 (docket no. 45) on defendant David A. Souza at 824 Twin View Blvd., Redding, CA 96003.

DATED: September 2, 2010.

                                                       U.S. MAGISTRATE JUDGE

006
sec-souza.ser

1