IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SECURITY AND EXCHANGE COMM., | | |
| | Plaintiff, | No. CIV S-09-2421 FCD KJM PS |
| vs. | | |
| DAVID SOUZA, et al., | | |
| | Defendants. | ORDER |
| _____/ | | |

      Plaintiff's motion to strike the answer and enter the default of defendant D.A. Souza Investment, LLC is pending before the court.  Upon review of the documents in support, no opposition having been filed, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

      On April 6, 2010, defendant David Souza, proceeding pro se, filed an answer on behalf of himself and the corporate defendant in this action.  By order filed June 2, 2010, the court allowed Roger Jaffe, who had been representing defendants during settlement negotiations, to withdraw from any representation in this matter.  Counsel Jaffe was directed to advise the corporate defendant that it could not proceed pro se and that default would be entered if legal representation was not obtained.  In a declaration filed June 8, 2010, counsel Jaffe affirmed that he had complied with that order.

1

1       It is well established that "a corporation may appear in the federal courts only through licensed counsel." Rowland v. California Men's Colony, 506 U.S. 194, 202 (1993). Because the answer in this action was filed pro se on behalf of the corporation, there has been no proper appearance by defendant.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The answer filed on behalf of defendant D.A. Souza Investment, LLC (docket no. 36) is stricken.

      2. The Clerk of Court is directed to enter default against defendant D.A. Souza Investment, LLC.

DATED: September 7, 2010.

006
sec-souza.oah

_____
U.S. MAGISTRATE JUDGE

2