IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,      No. CIV 09-2421 FCD KJM PS

  vs.

DAVID SOUZA, et al.,

    Defendants.      <u>ORDER</u>

_____/

    Plaintiff's motion to compel was submitted on the papers. Upon review of the documents in support, no opposition having been filed, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

    1. Defendant David Souza shall serve initial disclosures under Federal Rule of Civil Procedure 26(a) no later than October 1, 2010.

    2. Defendant David Souza shall serve written responses without objections to plaintiff's request for production of documents and shall produce all responsive documents no later than October 1, 2010.

/////

/////

/////

1

3. Defendant is cautioned that failure to comply with this order may result in the imposition of sanctions, including the striking of the answer and entry of default.

DATED: September 21, 2010.

_____
U.S. MAGISTRATE JUDGE

006
sec-souza2.oah