IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,                    No. CIV 09-2421 FCD KJM PS

  vs.

DAVID SOUZA, et al.,

    Defendants.                    <u>ORDER</u>

_____/

    Plaintiff has filed a motion for sanctions due to defendant's failure to comply with this court's discovery orders. Because defendant is incarcerated, the matter will be submitted on the papers.

    In light of the proof of service accompanying plaintiff's motion, defendant's address of record does not appear to be current. Defendant is advised that it is defendant's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Opposition, if any, to plaintiff's motion for sanctions shall be filed by January 12, 2011. Failure to file opposition will be deemed as a statement of non-opposition and shall result in striking of the answer and entry of default.

1

2. The Clerk of Court is directed to add the following address for service on defendant Souza: (Inmate Key #: 505258), Shasta County Jail, 1655 West Street, Redding, CA 96001.

DATED: December 18, 2010.

_____
U.S. MAGISTRATE JUDGE

006
sec-souza.sub