IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,    No. CIV 09-2421 FCD DAD PS

    vs.

DAVID SOUZA, et al.,

    Defendants.    <u>ORDER</u>

_____/

    By order filed December 20, 2010, plaintiff was directed to file no later than January 12, 2011 opposition to defendant's motion for sanctions and was cautioned that failure to file opposition would be deemed as a statement of non-opposition and would result in striking of the answer and entry of default. No opposition has been filed.

    Plaintiff has filed a reply (docket no. 86) wherein the court is advised that defendant was released from the Shasta County Jail on December 19, 2010, at which facility defendant was served with the court's December 20, 2010 order. It therefore appears that defendant may not have been served with the court's order.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Defendant is granted a further extension of time to February 2, 2011 to file opposition to plaintiff's motion for sanctions. Failure to file opposition will be deemed as a

1

1 | statement of non-opposition and shall result in striking of the answer and entry of default.

2 |       2. The Clerk of Court is directed to serve defendant Souza with this order at the

3 | following address:  3626 Railroad Avenue, Redding, CA   96001.

4 | DATED: January 19, 2011.

                                                    DALE A. DROZD
                                                    UNITED STATES MAGISTRATE JUDGE

JMM
sec-souza.eot