UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA 95814



FILED
AUG 0 8 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Securities and Exchange Commission

v.

David A. Souza, et. al.

DEFAULT JUDGMENT

Case No. CIV S-2:09-cv-02421 KJM CKD

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

**David A. Souza and D.A. Souza Investments, LLC.**

A civil penalty against defendant Souza is imposed in the amount of $946,928.28.

August 8, 2011

VICTORIA C. MINOR, CLERK

By: _____
G. Michel, Deputy Clerk